**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7056

PAUL ANTHONY CHENEVERT,

       Plaintiff - Appellant,

    v.

B. L. KANODE, Warden; A. WHITE, Asst. Warden; LT. COLNA; SGT. EVANS; CHIEF KILBOURNE; R. HICKMAN, Investigator; LT. KING; CHADWICK DOTSON, in his official capacity; HAROLD W. CLARKE, in his individual capacity; A. DAVID ROBINSON; JOSEPH W. WALTERS; H. SCOTT RICHESON; FRAZIER, Investigator at RN,

       Defendants - Appellees,

    and

OFFICER POTTER; JOHN DOE(S), Watch Commander at RNCC; JOHN/JANE DOE, Correctional Officers at RNCC,

       Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:21-cv-00562-EKD-JCH)

Submitted:  May 30, 2024                     Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

—————————

Paul Anthony Chenevert, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Anthony Chenevert appeals the district court's order granting the Defendants' motion to dismiss his third amended civil rights complaint. The court concluded that Chenevert's third amended complaint did not comply with the requirements of Fed. R. Civ. P. 8(a) and, regardless, failed to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Chenevert v. Kanode*, No. 7:21-cv-00562-EKD-JCH (W.D. Va., Sept. 26, 2023). We deny Chenevert's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*